
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JAN 09 2006
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR186 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALAN SANDMAN, | ) | |
| Defendant. | ) | |

This matter came before the Court upon Defendant's oral motion to extend the date for self-surrender from January 9, 2006. The Court being fully advised that Defendant only received the notice for self-surrender on January 7, 2006, finds that the date should be extended and grants Defendant's motion. It is therefore ordered that the Defendant is to self-surrender to FCI Florence, 5880 Hwy 67 South, Florence, Colorado 81226, by no later than 2 p.m. on Tuesday, January 17, 2006.

IT IS SO ORDERED.

DATED: Jan. 9, 2006

JUDGE JOSEPH F. BATAILLON