IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO: 8:05CR186 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALAN SANDMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Reconsideration to the Judge's Order Dated November 21st, 2007 (Filing No. 102). The court has reviewed the defendant's motion and finds it to be without merit.

**THEREFORE, IT IS ORDERED:**

1. The defendant's Motion for Reconsideration to the Judge's Order Dated November 21st, 2007 (Filing No. 102) is denied.

2. The Clerk is directed to mail a copy of this Order to the defendant at his last known address.

DATED this 11th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge