IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No: 8:05CR186 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALAN SANDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte;

   **IT IS ORDERED** that Deborah Cunningham is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Deborah Cunningham.

   DATED this 30th day of August, 2011.

                                                       BY THE COURT:

                                                       s/ Joseph F. Bataillon
                                                       Chief United States District Judge